Form finmgtc

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                          Case No.: 17−17535−CMG
                          Chapter: 13
                          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wayne Scot Lukas
   1909 Wall Church Road
   Wall, NJ 07719

Social Security No.:
   xxx−xx−0299

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

     Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: July 24, 2017
JAN: admi

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Wayne Scot Lukas  
    Debtor

Case No. 17-17535-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 24, 2017  
                     Form ID: finmgtc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.  
db         +Wayne Scot Lukas,   1909 Wall Church Road,    Wall, NJ 07719-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2017 23:57:33      U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2017 23:57:29      United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ  07102-5235  
                                                                                                                                                                             TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:  
             Albert    Russo    docs@russotrustee.com  
             Andrew J. Kelly    on behalf of Debtor Wayne Scot Lukas akelly@kbtlaw.com,    wsheridan@kbtlaw.com;cyaccarinoesq@me.com;mgifford@kbtlaw.com  
             Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Park Place    Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-MCW1, Class A-1    Certificates dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
             Eamonn   O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)    eamonn.ohagan@usdoj.gov  
             U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                      TOTAL: 5