Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–17535–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Wayne Scot Lukas
    1909 Wall Church Road
    Wall, NJ 07719

Social Security No.:
    xxx–xx–0299

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/25/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 25, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-17535-CMG
Wayne Scot Lukas                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2              Date Rcvd: Sep 25, 2017
                               Form ID: 148              Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db           +Wayne Scot Lukas,    1909 Wall Church Road,    Wall, NJ 07719-3623
516766446    +Allied Digestive Health,    60 Highway 36,    Suite B,   West Long Branch, NJ 07764-1464
516766447     Associated Credit Services,    P.O. Box 5171,    Westborough, MA 01581-5171
516766448    +Barron Emergency Physicians,    P.O. Box 7418,    625 US-1,   Philadelphia, PA 19101-7418
516766449    +C C & C Bureau,    P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
516766450    +Cra Site Improvement,    P.O. Box 2092,    Ocean Township, NJ 07712-2092
516766453    +EZ PASS NY,    PO Box 149001,    Staten Island, NY 10314-9001
516766451    +EZ Pass Delaware,    P.O. Box 851918,    Richardson, TX 75085-1918
516766452    +EZ Pass NJ,    375 McCarter Highway,    Newark, NJ 07114-2563
516766454    +EZ Pass PA,    8000C Derry Street,    Harrisburg, PA 17111-5200
517030016    +FirstEnergy,    101 Crawford's Corner Rd.,    Bldg # 1 Ste 1-511,   Holmdel, NJ 07733-1900
516766455    +Freehold Opthamology,    509 Stillwells Corner Road,    Suite E5,   Freehold, NJ 07728-2965
516766456    +Gary K. Karkasian, Dermatologic Surgery,    107 Monmouth Road,    Suite 108,
               West Long Branch, NJ 07764-1037
516766458    +JCP&L,    P.O. Box 16001,    Reading, PA 19612-6001
516766459     JCP&L,    P.O. Box 3687,    Akron, OH 44309-3687
516766462    +L J Ross and Associates Collection,    P.O. Box 6099,    Jackson, MI 49204-6099
516766463     Lenox Hill Radiology,    Summit Collection Services, Inc.,    P.O. Box 306,
               Ho Ho Kus, NJ 07423-0306
516766464    +Linebarger Goggan Blair Sampson, LLP,    61 Broadway, Suite 2600,   New York, NY 10006-2840
516766465    +Mainland Dental,    50 West Black Horse Pike,    Pleasantville, NJ 08232-2645
516818262    +NJ Turnpike Authority,    581 Main St., POB 5042,    Woodbridge, NJ 07095-5042
516766467     NY State Dept. of Taxation & Finanance,    Bankruptcy/Special Procedures Section,
               P.O. Box 5300,    Albany, NY 12205-0300
516930369    +NY State Thruway Authority,    200 Southern Blvd.,    Albany, NY 12209-2098
516766466     New Jersey Natural Gas,    1415 Wyckoff Road,    Wall Township, NJ 07719
516766468    +Olympia Farms,    262 Colts Neck Road,    Farmingdale, NJ 07727-3640
516766469    +PA EZ PASS,    7631 Derry Street,    Harrisburg, PA 17111-5232
516766470    +PA Turnpike Commission,    P.O. Box 1259,    Department 90147,   Oaks, PA 19456-1259
516766471    +Penn Credit,    P.O. Box 1259,    Dept. 91047,   Oaks, PA 19456-1259
516766472    +Stanley Steemer,    c/o Revenue Assurance Partners,    19399 Helenberg Road,    Suite 5,
               Covington, LA 70433-5392
516766473    +State of New Jersey,    Dept. of Treasury,    Division of Taxation,    1828 W. Lake Avenue,
               Neptune, NJ 07753-4663
516766474     Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
516766475    +Township of Wall, Tax Collector,    2700 Allaire Road,    Wall Township, NJ 07719-9570
516766476     Trans-Continental Credit,    Accounting Dept.,    P.O. Box 5055,   White Plains, NY 10602-5055
516766477     University Radiology,    P.O. Box 1075,    East Brunswick, NJ 08816-1075
516766478     University Radiology Group,    307 Wall Street,    Princeton, NJ 08540-1515
517046278    +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516766479    +Wells Fargo Bank, N.A., et als.,    c/o KML Law Group,    216 Haddon Avenue,    Suite 406,
               Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2017 23:19:49     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2017 23:19:46     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            EDI: IRS.COM Sep 25 2017 22:58:00     United States of America (Internal Revenue Service,
               U.S. Attorney's Office,    970 Broad Street,    Suite 700,   Newark, NJ  07102-2535
516766460    +E-mail/Text: JSUMCbankruptcy@meridianhealth.com Sep 25 2017 23:20:19
               Jersey Shore Medical Center,    1945 NJ Route 33,    Neptune, NJ 07753-4896
516766461    +E-mail/Text: JSUMCbankruptcy@meridianhealth.com Sep 25 2017 23:20:19
               Jersey Shore University Medical Center,    1945 Route 33,    Neptune, NJ 07753-4896
                                                                                          TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516766457*      Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 25, 2017
                              Form ID: 148             Total Noticed: 41
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Andrew J. Kelly    on behalf of Debtor Wayne Scot Lukas akelly@kbtlaw.com,
           wsheridan@kbtlaw.com;cyaccarinoesq@me.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw.com
          Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Park Place
           Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-MCW1, Class A-1
           Certificates dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eamonn  O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 5
```